1-29-2015

Dear Clerk;

Can you please tell me the cost of my court transcripts and the clerks record for the following case:

Marc Trace Wyatt
v.
The State of Texas

District Court Cause No: 7583
Court of Appeals Cause No: 03-13-00307-CR.

Thank You

Marc Wyatt
1853251
3872 F.M. 350 South
Livingston, TX. 77351

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 04 2015
Abel Acosta, Clerk